IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDAN RESKAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   24-cv-1163 JPG |
| v. ) | |
| ) | |
| JVC ENTERPRISES, INC. ) | |
| and BARRY LEE CREGER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a stipulation of dismissal (doc. 19).  The Court having been advised that this matter has been resolved and presented with a Stipulation for Dismissal.

Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and without costs. The Court **DIRECTS** the Clerk of Court to close this case.

DATED: 5/28/2024

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE